**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-03110-WJM-MJW

WILLIAM VOSSLER,

      Plaintiff,

v.

CACH, LLC,

      Defendant.

---

## ORDER OF DISMISSAL

---

This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed March 29, 2011 (ECF No. 8).  The Court being fully advised in the premises, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs pursuant to the terms of the Settlement Agreement of the parties.

Dated this 6th day of April, 2011.

BY THE COURT:

William J. Martínez
United States District Judge